FILED

**NOT FOR PUBLICATION**

OCT 26 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LORENZO MAGANA, a.k.a. Lorenzo Magana-Mendoza,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 09-71232<br><br>Agency No. A072-232-210<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Lorenzo Magana, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We review de novo questions of law, *Cazarez-Gutierrez v. Ashcroft*, 382 F.3d 905, 909 (9th Cir. 2004), and we deny the petition for review.

Magana's conviction for receipt of stolen property in violation of Cal. Penal Code § 496(a) is an aggravated felony under 8 U.S.C. § 1101(a)(43)(G). *See Verdugo-Gonzalez v. Holder*, 581 F.3d 1059, 1060-61 (9th Cir. 2009).

We disagree with Magana's contention that his conviction records do not constitute admissible evidence. *See Sinotes-Cruz*, 468 F.3d 1190, 1196-97 (9th Cir. 2006) (holding that "[t]he guiding principle is that proper authentication requires some sort of proof that the document is what it purports to be").

**PETITION FOR REVIEW DENIED.**

09-71232